# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 12, 2005*

[Cite as *04/12/2005 Case Announcements,* 2005-Ohio-1702.]

## DISCIPLINARY CASES

**2005–0066. In re Resignation of Huegel.**
On affidavit of resignation from the practice of law of Allison K. Huegel, Attorney Registration No. 0039630, and on report filed under seal by Disciplinary Counsel.
Resignation accepted.